

80-02 Kew Gardens Road,
Suite 600
Kew Gardens, NY 11415
Tel  718.263.6800
Fax 718.520.9401
www.SBAGK.com

Alexander Shiryak
Dustin Bowman
Mark Anderson
Navpreet Gill
Alexander Kadochnikov

Btzalel Hirschhorn
Matthew Routh
Andreas E. Christou
Nicholas Neocleous

December 19, 2019

**Via ECF and Email ess_hearings@nyeb.uscourts.gov**
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**Re: 1-19-43826-ess, In Re Pedro S Medrano and Johanny Y Sepulveda de Medrano**

Dear Judge Stong:

This office represents the Debtors in the above-captioned Chapter 7 bankruptcy case. The Court has set this matter for a hearing on **December 30, 2019 at 9:30 AM** on the proposed reaffirmation agreement between Debtor Pedro Medrano and Creditor TD Auto Finance LLC.

The Debtor has informed our office that he no longer intends to reaffirm the vehicle which was the subject of the proposed agreement, and now intends to surrender the vehicle. An amended Form 108 has also been filed reflecting the debtor's intention to surrender.

As such, please advise as to whether a hearing is still required on December 30, 2019. Should you have any questions, or require any further information, please do not hesitate to contact me. Thank you.

Sincerely,

*/s/ Btzalel Hirschhorn*
Btzalel Hirschhorn, Esq.
*Attorney for Debtor*

**CC:**
Martin A. Mooney, Esq., *Attorney for Creditor TD Finance LLC,* **via Email and ECF**
Trustee Lori Lapin Jones, Esq., **via ECF**
Office of the United States Trustee, **via ECF**